JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CORY MAC A'GHOBHAINN,<br>Plaintiff,<br>v.<br>CITY OF LOS ANGELES, et al.<br>Defendants. | Case No. 2:23-cv-07613-SP<br><br>**JUDGMENT** |

Pursuant to the Statement of Decision, IT IS ADJUDGED that Judgment is hereby entered in favor of defendant City of Los Angeles and against plaintiff Cory Mac A'Ghobhainn. This action is dismissed, in its entirety, with prejudice.

Dated: September 30, 2026

SHERI PYM
United States Magistrate Judge